IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                              )<br>               Plaintiff,              )<br>                                              )<br>vs.                                        )<br>                                              )<br>REGINA LYNN LEONARD,       )<br>                                              )<br>               Defendant,           )<br>                                              )<br>CHRISTOPHER E. MUGGY,     )<br>                                              )<br>               Material Witness.    ) | Case No. 4:10cr3089<br><br>ORDER |

After review of the financial status of the material witness, I find that the above-named witness is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

**IT IS ORDERED** that John S. Berry, Jr. is appointed as attorney of record for the above-named witness in this matter and shall forthwith file an appearance in this matter.

**IT IS FURTHER ORDERED** that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and the attorney for the material witness.

DATED: February 27, 2012

BY THE COURT

*s/Cheryl R. Zwart*
Cheryl R. Zwart
United States Magistrate Judge