IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:10CR3089 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| REGINA LYNN LEONARD, | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's notice of appeal and motion for leave to appeal in forma pauperis ("IFP"). (Filings 135 and 137.) In support of her motion, defendant states that she is without sufficient funds to afford counsel and that she previously qualified for IFP status. (Filing No. 137; *see also* Docket Sheet.) I shall grant defendant's motion for leave to appeal in forma pauperis, and defendant may proceed on appeal without prepayment of fees or costs or the giving of security therefor.

IT IS ORDERED:

1. Defendant's motion for leave to appeal in forma pauperis (filing 137) is granted.

2. Defendant may proceed on appeal without prepayment of fees or costs.

3. The Clerk of the court shall process defendant's appeal.

DATED this 7th day of June, 2012.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.